

Acknowledged.

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

|  |  |
|---|---|
| **RICHARD P. NOEL,** | ) |
|  | ) |
| **Plaintiff,** | ) 12/22/2008 |
|  | ) |
| v. | ) CAUSE NO. 1:07-cv-00305-SEB-JMS |
|  | ) |
| **WAL-MART STORES EAST, L.P., and** | ) |
| **DR. RHONDA BLAKE,** | ) |
|  | ) |
| **Defendants.** | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Richard P. Noel, by counsel, hereby notifies the Court that the parties have stipulated to the voluntary dismissal of this matter, with prejudice. Each of the parties who has appeared in this matter has authorized counsel for Richard P. Noel to file this Stipulation utilizing his/her electronic signature. Each party shall bear his, her, and/or its costs and attorney's fees.

Respectfully submitted,

/s/ Philip J. Gibbons, Jr.
Philip J. Gibbons, Jr.

GIBBONS JONES, P.C.
10401 North Meridian Street, Suite 300
Indianapolis, Indiana  46290
Telephone:    (317) 706-1100
Facsimile:    (317) 616-3336

Attorneys for Plaintiff, Richard P. Noel

/s/ Shannon Marie Shaw
Shannon Marie Shaw

BARNES & THORNBURG, LLP
11 South Meridian St.
Indianapolis, IN 46204
Telephone:     (317) 236-1313
Facsimile:     (317) 231-7433

Attorneys for Defendant, Wal-Mart Stores East, L.P.

/s/ Blake J. Burgan
Blake J. Burgan

TAFT STETTINIUS & HOLLISTER, LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
Telephone:     (317) 713-3500
Facsimile      (317) 713-3699

Attorneys for Defendant, Dr. Rhonda Blake

Distribution:

Susan M. Zoeller, susan.zoeller@btlaw.com
Shannon Marie Shaw shannon.shaw@btlaw.com


Blake J. Burgan, bburgan@taftlaw.com
Hannah Lee Meils, hmeils@taftlaw.com

Philip J. Gibbons, Jr.  pgibbons@gibbonsjones.com
Andrew G. Jones, ajones@gibbonsjones.com